Montegriffo, Jr. No opinion. Referred to Hon. J. J. Freedman, official referee. Settle order on notice. See, also, 163 App. Div. 885, 147 N. Y. Supp. 1127.

In re MONTGOMERY ST. IN CITY OF NEW YORK. In re CLARK. (Supreme Court, Appellate Division, Second Department. February 11, 1915.) In the matter of the application of the City of New York relative to acquiring title, etc., to Montgomery Street. In the matter of Clark. No opinion. Order affirmed, with $10 costs and disbursements.

MORRIS et al., Appellants, v. HENRY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by Edward M. Morris and others against William G. Henry and others. No opinion. Judgment affirmed, with costs.

MORSE, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Action by Waldo J. Morse, Jr., against Charles Cohen. No opinion. Judgment and order unanimously affirmed, with costs.

MOSAKOWSKI, Respondent, v. UTICA KNITTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by Leo Mosakowski, an infant, etc., against the Utica Knitting Company. No opinion. Motion for leave to appeal (150 N. Y. Supp. 1098) to Court of Appeals denied, with $10 costs.

In re MOULTON. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) In the matter of the application of Charles F. Moulton as to the change of grade of street in the village of Cuba, N. Y.

PER CURIAM. Judgment affirmed, with costs.

FOOTE, J., dissents, upon the ground that the state, and not the village, is chargeable with the maintenance of the highway in question, and, as the statute imposes the liability for change of grade only upon the municipality chargeable with maintenance, the village in this case is not liable.

MT. VERNON TRUST CO. et al. v. PENFIELD. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by the Mt. Vernon Trust Company and another, trustees, etc., against James T. Penfield, individually and as trustee, etc., and others. No opinion. Interlocutory judgment affirmed, with costs to plaintiffs respondents, payable by defendant appellant. See, also, 163 App. Div. 965, 148 N. Y. Supp. 1132.

MULHOLLAND v. REID et al. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Michael A. Mulholland against Luis H. Reid and others. No opinion. Application denied. Settle order on notice. See, also, 150 N. Y. Supp. 784.

MULLER, Respondent, v. MULLER et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by Wilhelmina Muller against Adolph E. Muller and another, as executors, etc. No opinion. Motion for reargument (150 N. Y. Supp. 1098) denied, with $10 costs.

MULLIGAN v. LAMBERTI. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Agnes K. M. Mulligan against Pasquale J. Lamberti. No opinion. Motion denied, with $10 costs. Order filed.

In re MUNICIPAL COURTHOUSE SITE IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. January 29, 1915.) In the matter of the municipal courthouse site in the City of New York. No opinion. Motion granted. Order signed.

MUNROE et al., Respondents, v. COMPAGNIE FRANCAISE DE NAVIGATION, Appellant (2 cases). (Supreme Court, Appellate Division, First Department. February 26, 1915.) Actions by Henry W. Munroe and others against the Compagnie Francaise de Navigation. H. L. Loomis, of New York City, for appellant. G. N. Hamlin, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Orders filed.

In re MURPHY. (Supreme Court, Appellate Division, Second Department. December 30, 1914.) In the matter of the application of Charles F. Murphy, for a writ of mandamus to the Board of County Canvassers of the County of Kings, etc. No opinion. Motion denied, without costs. See, also, 151 N. Y. Supp. 267.

MURPHY v. HARRISON GRANITE CO. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Timothy J. Murphy against the Harrison Granite Company. No opinion. Application granted. Order signed. See, also, 81 Misc. Rep. 223, 142 N. Y. Supp. 517.

MURRAY v. SIMPSON. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Charles C. Murray, as receiver, against Robert H. Simpson, individually, etc. No opinion. Motion granted, with $10 costs. Order filed. See, also, 150 N. Y. Supp. 1098.

MYRON v. MYRON. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Florence M. Myron against Herbert B. Myron. No opinion. Order reversed, and motion granted, without costs. Order filed. See, also, 151 N. Y. Supp. 671.

MYSELL, Respondent, v. COONS, Appellant. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action

by Hyman Mysell against H. Westlake Coons. G. E. Miner, of New York City, for appellant. J. L. Holtzmann, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed.

NASH, Appellant, v. MOORE, Respondent. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by Lewis H. Nash, as sole surviving trustee, etc., against Kate Moore. No opinion. Motion granted, without costs. Order of reversal to be resettled on notice before Mr. Justice Putnam. See, also, 151 N. Y. Supp. 96.

NASH, Appellant, v. ZIMMER, Respondent. (Supreme Court, Appellant Division, Second Department. January 8, 1915.) Action by Lewis H. Nash, as sole surviving trustee, etc., against John Zimmer. No opinion. Motion granted, without costs. Order of reversal to be resettled on notice before Mr. Justice Putnam.

NASSAU HOTEL CO. v. BARNETT et al. (Supreme Court, Appellate Division, Second Department. January 29, 1915.) Action by the Nassau Hotel Company against Eudoise Barnett and other, individually and as copartners, etc. No opinion. Motion granted by default, without costs. See, also, 164 App. Div. 203, 149 N. Y. Supp. 645, 151 N. Y. Supp. 1132.

NASSAU HOTEL CO. v. BARNETT & BARSE CORPORATION. (Supreme Court, Appellate Division, Second Department. February 11, 1915.) Action by the Nassau Hotel Company against the Barnett & Barse Corporation and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 151 N. Y. Supp. 1132.

NATIONAL EXCH. BANK OF WHEELING, Respondent, v. FARSON et al., Appellants. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by the National Exchange Bank of Wheeling against John Farson, Jr., and another. L. L. Delafield, of New York City, for appellants. H. Clark, Jr., of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

NATIONAL SURETY CO. v. BROUCHAUD. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by the National Surety Company against Jules Brouchaud. No opinion. Motion to dismiss appeal denied, without costs. Order filed. See, also, 150 N. Y. Supp. 826.

NEFF, Appellant, v. MACK, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Mell A. Neff against Norman E. Mack. No opinion. Judgment affirmed, with costs. See, also, 150 N. Y. Supp. 1099.

NELSON, Respondent, v. POPPENBERG, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1915.) Action by H. P. Nelson against Gustav H. Poppenberg. No opinion. Judgment and orders affirmed, with costs.

NEPONSET NAT. BANK, Appellant, v. DUNBAR et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by the Neponset National Bank against Harris T. Dunbar and another.

PER CURIAM. Judgment and order reversed, and judgment directed for the plaintiff for the amount of the notes, with interest, without costs. See, also, 158 App. Div. 5, 143 N. Y. Supp. 174.

ROBSON, J., dissents.

NETHERSOLE v. LIEBLER et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Olga Nethersole against Theodore A. Liebler and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellants comply with terms stated in order. Order filed. See, also, 151 App. Div. 940, 135 N. Y. Supp. 1129.

NEUN, Appellant, v. B. H. BACON CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by Henry P. Neun against the B. H. Bacon Company. No opinion. Judgment affirmed, with costs.

NEUN, Respondent, v. VAN DEUSEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Henry P. Neun against Amelia Van Deusen.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide event. Held, that there is no sufficient evidence to support the fifth, sixth, and seventh findings of fact, to the effect that at the time the agreement was entered into between defendant and S. C. Wells & Co. for the sale to said company of all the shares of stock of the B. H. Bacon Company it was the purpose or understanding of the parties that the business of the B. H. Bacon Company was not to be continued, or that its assets and business were to be taken over and absorbed by S. C. Wells & Co.; also that such a finding is necessary to support the conclusion of law.

In re NEWELL. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) In the matter of disbarment proceedings against Clifford H. Newell, an attorney at law. No opinion. Order of disbarment entered.

NEWMAN v. STREETER et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Peter Newman against Charles T. Streeter and others. No